**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTINE WOODS,** | : | **CIVIL ACTION NO. 4:17-CV-756** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CLINTON COUNTY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of March, 2019, upon consideration of defendant's motion (Doc. 12) for summary judgment, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's hostile work environment claim, brought pursuant to Title VII of the Civil Rights Act of 1964 (Count I) and the Pennsylvania Human Relations Act (Count II), is deemed WITHDRAWN.

2. The motion (Doc. 12) for summary judgment is GRANTED as to all remaining claims in plaintiff's complaint.

3. The Clerk of Court is DIRECTED to enter judgment in favor of defendant and against plaintiff as to plaintiff's claims for failure to promote and constructive discharge under the Americans with Disabilities Act (Count I) and Pennsylvania Human Relations Act (Count II).

4. Defendant's motion (Doc. 17) *in limine* is DISMISSED as moot.

5. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania