AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| CHRISTINE WOODS, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4:17-CV-0756 |
| CLINTON COUNTY, *Defendant* | ) (Chief Judge Conner) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: SUM MARY JUDGMENT be and is hereby ENTERED in favor of defendant CLINTON COUNTY, and against plaintiff CHRISTINE WOODS, as to plaintiff's claims for failure to promote and constructive discharge under the Americans with Disabilities Act (Count I) and Pennsylvania Human Relations Act (Count II), in accordance with the court's order (Doc. 22), dated March 27, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date: Mar 27, 2019           *CLERK OF COURT*  PETER WELSH, Acting Clerk of Court

                              K. McKinney
                              _____
                              *Signature of Clerk or Deputy Clerk*